# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00776-CV

**In re Joseph Jacob Perez**

### ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   February 20, 2009